DOCKET No. 20 MJ 1862     DEFENDANT: Michael Estrada

AUSA David Felton     DEF.'S COUNSEL Howard Tanner
☐ RETAINED    ☐ FEDERAL DEFENDERS    ☑ CJA

☐ _____ INTERPRETER NEEDED    ☐ DEFENDANT WAIVES PRE-TRIAL REPORT

☑ Rule 5   ☐ Rule 9   ☐ Rule 5(c)(3)   ☐ Detention Hrg.
☐ Other: _____

DATE OF ARREST 2/18/2020    ☐ VOL. SURR.
TIME OF ARREST 5:00 PM    ☑ ON WRIT
TIME OF PRESENTMENT 2:22 PM

## BAIL DISPOSITION

☑ DETENTION ON CONSENT W/O PREJUDICE    ☐ DETENTION: RISK OF FLIGHT/DANGER    ☐ SEE ORDER
☐ DETENTION: HEARING SCHEDULED FOR _____
☐ AGREED CONDITIONS OF RELEASE
☐ DEFENDANT RELEASED ON OWN RECOGNIZANCE
☐ $ _____ PRB
☐ _____ FRP
☐ SECURED BY $ _____ CASH/PROPERTY: _____
☐ TRAVEL RESTRICTED TO SDNY/EDNY/ _____
☐ SURRENDER TRAVEL DOCUMENTS (& NO NEW APPLICATIONS)
☐ REGULAR PRETRIAL SUPERVISION    ☐ STRICT PRETRIAL SUPERVISION
☐ DRUG TESTING/TREATMENT   ☐ MENTAL HEALTH EVALUATION/TREATMENT
☐ HOME INCARCERATION    ☐ HOME DETENTION    ☐ CURFEW    ☐ ELECTRONIC MONITORING
☐ OTHER CONDITIONS _____

☐ DEF. TO BE DETAINED UNTIL ALL CONDITIONS ARE MET
☐ DEF. TO BE RELEASED ON OWN SIGNATURE; REMAINING CONDITIONS TO BE MET BY _____
☐ DEF. TO BE RELEASED UPON SATISFACTION OF FOLLOWING CONDITIONS: _____
_____ ; REMAINING CONDITIONS TO BE MET BY _____

COMMENTS/ADDITIONAL PROCEEDINGS:
AUSA David Felton present on behalf of the government; Pretrial Services Officer Vincent Adams present.
Howard Tanner (CJA) appointed as counsel for Defendant.
Defendant waives a public reading of the Complaint.
Defendant ordered detained on consent without prejudice.
Courtflow: 10 minutes

☐ DEF. ARRAIGNED; PLEADS NOT GUILTY    ☐ CONFERENCE BEFORE D.J. ON _____
☐ SPEEDY TRIAL TIME EXCLUDED UNDER 18 U.S.C. § 3161(h)(7) UNTIL _____

FOR RULE 5(c)(3) CASES:
☐ IDENTITY HEARING WAIVED         ☐ PRELIMINARY HEARING WAIVED
☐ DEFENDANT TO BE REMOVED        ☑ ON DEFENDANT'S CONSENT

DATE FOR PRELIMINARY HEARING 3/18/2020    ☑ ON DEFENDANT'S CONSENT

DATE: 2/19/2020

UNITED STATES MAGISTRATE JUDGE, S.D.N.Y.

WHITE (ORIGINAL) - COURT FILE    PINK - U.S. ATTORNEY'S OFFICE    YELLOW - U.S. MARSHAL    GREEN - PRETRIAL SERVICES AGENCY
REV. (2011) IH-2