Chambers of
**Hon. Lisa Margaret Smith**
United States Magistrate Judge

**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK**
---------------------------------------------------------x
UNITED STATES OF AMERICA,

                         Plaintiff,                      **SCHEDULING NOTICE**

   -against-                                   20 MJ 1862

MICHAEL ESTRADA,

                        Defendant.
---------------------------------------------------------x

TO ALL PARTIES:

The Court has scheduled a Bail Hearing for Monday, April 6, 2020, at 2:00 PM, before Magistrate Judge Lisa Margaret Smith. To access the teleconference, please follow these directions: (1) Dial the Meeting Number: (877) 336-1831; (2) Enter the Access Code: 2751700#; (3) Press pound (#) to enter the teleconference as a guest; (4) Enter the Security Code: 1862#. Please note that if you arrive to the teleconference before Chambers, you must wait on hold between Steps 3 and 4. Once Chambers enters the teleconference, you will then be prompted to enter the Security Code. Should legal counsel experience any technical issues with the teleconferencing system, please contact Chambers at (914) 390-4130. Members of the press and public may call the same number, but will not be permitted to speak during the conference.

Dated: April 4, 2020
       White Plains, New York

SO ORDERED: *[signature]*

Hon. Lisa Margaret Smith
U.S.M.J.