UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------x

UNITED STATES OF AMERICA,            :

    -against-                          :       20 mj 01862

MICHAEL ESTRADA,                     :       ORDER

        Defendant            :

------------------------------------x

USDC SDNY
Document
Electronically Filed
Doc #
Date Filed 4/20/2020

Hon. Paul E. Davison, United States Magistrate Judge:

    The Defendant, Michael Estrada, anticipates filing a motion for home detention pursuant 18 U.S.C. § 3624 or compassionate release pursuant to 18 U.S.C. § 3582(c)(1)(A), based on compelling medical reasons which will place his medical condition at issue,

    It is hereby ORDERED that the Federal Bureau of Prisons[1] and/or the Westchester County Jail, release to Defendant's counsel of record, Howard E, Tanner, Esq., within five business days of this Order:

    (1) Defendant's complete medical records from the time he entered into the custody of the Bureau of Prisons to the present, and

    (2) Any documents or other records relating to the Bureau of Prisons' designation of the Defendant as "high risk" in regard to the ongoing COVID-19 pandemic.

                                                           _____
                                                          Hon. Paul E. Davison
                                                          United States Magistrate Judge

Dated: April 21, 2020
White Plains, New York

---

[1] Federal Bureau of Prisons shall be interpreted to include any state facility, including the Westchester County Jail, where the defendant is being detained.